[No. 65528-1-I.   Division One.   December 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFTON DODD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04952-8, Douglass A. North, J., entered May 24, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Dwyer, C.J., and Spearman, J.

[No. 65533-7-I.   Division One.   December 12, 2011.]

AHMBUR BLUE, *Appellant*, v. MARKEE FOSTER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-07367-8, Ronald Kessler, J., entered May 7, 2010. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Dwyer, C.J., and Cox, J.

[No. 65946-4-I.   Division One.   December 12, 2011.]

WEST COAST PIZZA COMPANY, INC., *Appellant*, v. UNITED NATIONAL INSURANCE COMPANY, *Defendant*, NATIONAL CONTINENTAL INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-27814-0, Susan J. Craighead, J., entered June 11, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Schindler and Spearman, JJ. Now published at 166 Wn. App. 33.

[No. 66277-5-I.   Division One.   December 12, 2011.]

*In the Matter of the Marriage of* TAMMY J. TRIPLETT, *Respondent*, and STEPHANIE L. CASE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-3-00253-2, Deborah D. Fleck, J., entered November 10, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Schindler, JJ.